2637. CRUMPTON, alias COMPTON, *v.* THE STATE.

There being no legal brief of the evidence, and the errors assigned being dependent upon the evidence, the judgment is affirmed.

Indictment for incest; from Paulding superior court—Judge Edwards. April 14, 1910.

Submitted June 1,—Decided June 14, 1910.

*W. E. Spinks, A. L. Bartlett,* for plaintiff in error.

*W. K. Fielder, solicitor-general,* contra.

POWELL, J. The failure to comply with the provisions of §5488 of the Civil Code, as to the preparation of the brief of the evidence, is so flagrant and palpable as to forbid this court's examining the facts. See *Lanham* v. *Presley,* ante, 839 (68 S. E.), and cases there cited. However, we may say, in passing, that the defendant was lawfully convicted of the very heinous crime with which he was charged.      *Judgment affirmed.*